# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:23−cr−00008−TRM−SKL

STEPHEN RICHARD CROW

### NOTICE OF SUPPRESSION HEARING

A hearing on defendant Stephen Richard Crow's Motion to Suppress will be held before Magistrate Judge Susan K. Lee on Tuesday, June 13, 2023 at 02:00 PM [EASTERN], 4th Floor Courtroom, 900 Georgia Avenue, in Chattanooga, Tennessee.

SUSAN K. LEE
U.S. MAGISTRATE JUDGE

By: Krista Starnes, Judicial Assistant