# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 1:23-cr-8 |
| v. ) | |
| ) | Judges McDonough / Lee |
| ) | |
| STEPHEN RICHARD CROW ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

COMES NOW the United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Franklin P. Clark, Assistant United States Attorney, and hereby moves the Court for an additional 2 days to respond to Defendant's Motion to Suppress. (Doc. 18).

The Motion was filed on May 22, 2023. Pursuant to the local rules, any written response is due on June 5, 2023. The United States intends to file a response to the Defendant's Motion. However, obligations on other cases have prevented the undersigned from devoting a sufficient amount of time to responding. Therefore additional time is necessary to prepare the response and have it peer-reviewed. The United States respectfully submits that an extension of 2 days in which to file a response would not unduly delay the disposition of the issue.

Counsel for the Defendant, Clayton M. Whittaker, is aware of this request for additional time to respond and does not object.

As such, the United States moves this Court to allow it 2 additional days to respond to the Motion, allowing it up to and including June 7, 2023, to file its written response.

WHEREFORE, the United States respectfully requests the Court grant this, its Unopposed Motion and allow it to respond to Defendant's Motion to Dismiss on or before June 7, 2023.

                                                               Respectfully submitted,

                                                                FRANCIS M. HAMILTON III
                                                                UNITED STATES ATTORNEY

By:    */s/ Franklin P. Clark*
          Franklin P. Clark, TN BPR # 034112
          Assistant United States Attorney
          1110 Market Street, Suite 515
          Chattanooga, TN 37402
          (423) 752-5140
          frank.clark@usdoj.gov