- ☑ MOTION HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ OTHER

Case No. **1:23-cr-8**    USA v. **Stephen Richard Crow**

**PRESENT:** Honorable **Susan K. Lee**    ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

| Frank Clark | Clay Whittaker | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Courtney Camp | Elizabth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

**PROCEEDINGS:** ☐ DEFENDANT(S) SWORN   ☑ DEFENDANT PRESENT

Hearing held re: [18] Motion to Suppress. Defendant will file its brief on argument no later than 6/23/23; the Government will reply no later than 7/3/23.

**TESTIMONY BY:** See Exhibit and Witness List

**TRIAL SET:** _____

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond

Time: **2:04** to **4:22**    Date: **6/13/2023**
Time: **4:27** to **5:37**
Time: ___ to ___

REV 9/13