AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

USA

V.

STEPHEN RICHARD CROW

## EXHIBIT AND WITNESS LIST

Case Number: 1:23-CR-8

| PRESIDING JUDGE<br>SUSAN K. LEE | PLAINTIFF'S ATTORNEY<br>FRANK CLARK | DEFENDANT'S ATTORNEY<br>CLAY WHITTAKER |
| --- | --- | --- |
| TRIAL DATE (S)<br>06/13/2023 | COURT REPORTER<br>ELIZABETH COFFEY | COURTROOM DEPUTY<br>COURTNEY CAMP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| W | | 6/13/2023 | | | ATF Agent Thomas Bagwell |
| 1a | | 6/13/2023 | X | X | Photos of cell phone |
| 1 | | 6/13/2023 | X | X | Affidavit in Support of Search Warrant |
| 2 | | 6/13/2023 | X | X | Text Messages between Reliable Source and Crow |
| W | | 6/13/2023 | | | ATF Agent Alicia Larkins |
| 3 | | 6/13/2023 | X | X | SUDO Messages between Crow and SA Larkins |
| 4 | | 6/13/2023 | X | X | Audio Recording taken by Agent Larkins |
| W | | 6/13/2023 | | | Officer Joshua George |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages